IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 19-21351-LSS |
| TRACEY L. JORDAN<br>DEBTOR(S) | CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF PLAN**

NewRez LLC D/B/A Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, asset backed certificates, Series 2007-WMC1, a secured creditor, by its undersigned attorney, files this Objection to Confirmation of Plan and states:

1. That NewRez LLC D/B/A Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, asset backed certificates, Series 2007-WMC1 is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 1806 Ironton Drive, Oxon Hill, MD 20745 which is owned by the Debtor(s).

2. The plan does not provide for full payments of the arrearages. The plan provides for $11,360.60, which is less than the amount of the full arrears. The arrears are approximately $14,686.20.

WHEREFORE, NewRez LLC D/B/A Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, asset backed certificates, Series 2007-WMC1 requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

Case: 78938-1

*/s/ Katherine Loverde*
_____
Katherine Loverde
Bar Number 14124
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza I, Suite 302
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

Case: 78938-1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the Objection to Confirmation of Plan was uploaded through the Court's ECF System at the e-mail address register with the court on, this 5th day of September, 2019 to:

Arlene Adasa Smith-Scott
2905 Mitchellville Road
Suite 110
Bowie, MD 20715
strategiclaw1@gmail.com

Nancy Spencer Grigsby
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com

                                       Katherine Loverde
                                       bankruptcy@albalawgroup.com

Case: 78938-1