## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

In Re:                                    Case No. 19-21351

Tracey L. Jordan                          Chapter 13

Debtor.                                   Judge Lori S. Simpson

### REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Reliant Loan Servicing LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Reliant Loan Servicing LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com


Dated: October 28, 2019               /s/ D. Anthony Sottile
                                      D. Anthony Sottile
                                      Authorized Agent for Creditor
                                      Sottile & Barile, LLC
                                      394 Wards Corner Road, Suite 180
                                      Loveland, OH 45140
                                      Phone: 513.444.4100
                                      Email: bankruptcy@sottileandbarile.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 28, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

>Arlene Adasa Smith-Scott, Debtor's Counsel
>strategiclaw1@gmail.com
>
>Rebecca A. Herr, Chapter 13 Trustee
>ecf@ch13md.com
>
>Office of the United States Trustee
>(registeredaddress)@usdoj.gov

I further certify that on October 28, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>Tracey L. Jordan, Debtor
>1806 Ironton Drive
>Oxon Hill, MD 20745

>/s/ D. Anthony Sottile
>D. Anthony Sottile
>Authorized Agent for Creditor
>Sottile & Barile, LLC
>394 Wards Corner Road, Suite 180
>Loveland, OH 45140
>Phone: 513.444.4100
>Email: bankruptcy@sottileandbarile.com